1
2
3
4
5
6            **UNITED STATES DISTRICT COURT**
7              **DISTRICT OF NEVADA**
8
9    EUGENE A. MAUWEE,
10          Plaintiff,                    Case No. 3:11-CV-00761-LRH-(WGC)
11   vs.                                  **ORDER**
12   NEVADA DEPARTMENT OF
     CORRECTIONS, et al.,
13
14          Defendants.
15
16          The Attorney General has filed a report (#13), indicating that the parties have settled, and all
17   parties have filed a stipulation for dismissal with prejudice (#14).
18          IT IS THEREFORE ORDERED that this action is **DISMISSED** with prejudice.  The clerk
19   of the court shall enter judgment accordingly.
20          DATED this 27th day of January, 2012.
21
22                                         _____
23                                         LARRY R. HICKS
                                           UNITED STATES DISTRICT JUDGE
24
25
26
27
28