# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EUGENE A. MAUWEE,

    Plaintiff,

vs.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No. 3:11-CV-00761-LRH-(WGC)

**ORDER**

    The Attorney General has filed a report (#13), indicating that the parties have settled, and all parties have filed a stipulation for dismissal with prejudice (#14).

    IT IS THEREFORE ORDERED that this action is **DISMISSED** with prejudice. The clerk of the court shall enter judgment accordingly.

    DATED this 27th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE