~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~ ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF    NEVADA

EUGENE A. MAUWEE,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                                  CASE NUMBER:   **3:11-CV-00761-LRH-WGC**

NEVADA DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice pursuant to stipulation (#14).

  January 27, 2012                                                **LANCE S. WILSON**
                                                                                 Clerk

                                                                                 /s/ D. R. Morgan
                                                                                 Deputy Clerk