~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

EUGENE A. MAUWEE,

    Plaintiff,

V.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:11-CV-00761-LRH-WGC**

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice pursuant to stipulation (#14).


  January 27, 2012                                           **LANCE S. WILSON**
                                                                                         Clerk

                                                                                       /s/ D. R. Morgan
                                                                                        Deputy Clerk