# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EUGENE A. MAUWEE,

    Plaintiff,

vs.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No. 3:11-CV-00761-LRH-(WGC)

**ORDER**

    Petitioner having submitted a motion for relief from judgment due to clerical error (#17), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion for relief from judgment due to clerical error (#17) is **GRANTED**. The order (#15) and the judgment (#16) dismissing this action with prejudice are **VACATED**.

    IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice. The clerk of the court shall enter judgment accordingly.

    DATED this 6th day of February, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE