AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF\_\_NEVADA\_\_\_\_

EUGENE A. MAUWEE,

    Plaintiff,             JUDGMENT IN A CIVIL CASE
V.

                           CASE NUMBER:  **3:11-CV-00761-LRH-WGC**

NEVADA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice.

    February 6, 2012                                                              LANCE S. WILSON
                                                                                           Clerk

                                                                                        /s/ M. Campbell
                                                                                        Deputy Clerk