~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~ ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

EUGENE A. MAUWEE,

    Plaintiff,

V.

NEVADA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:11-CV-00761-LRH-WGC**

____   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice.

February 6, 2012

LANCE S. WILSON
Clerk

/s/ M. Campbell
Deputy Clerk